IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RICHARD ANDRE | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:19-1057 |
| | ) | Richardson/Holmes |
| SMILEDIRECTCLUB, INC., et al | ) | |

**O R D E R**

    This civil action was filed on October 2, 2019, in the Eastern District of Michigan. By Order entered November 18, 2019, Judge Roberts transferred the case to the Middle District of Tennessee. Docket Entry No. 6. At the time of filing, this case was assigned to District Judge Eli J. Richardson and the undersigned Magistrate Judge. Pending are several motions regarding consolidation of this action with two other pending cases in this District, 3:19-0962 and 3:19-1040, both assigned to Judge Richardson and Magistrate Judge Frensley.

    After consultation with Judge Frensley, it is hereby ORDERED that this case is transferred to Judge Frensley for all further case management and other matters, and there will be no further proceedings before this Magistrate Judge. The initial case management conference scheduled for January 6, 2020, is CANCELLED and will be rescheduled by Judge Frensley.

    It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge